IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **14-cv-2537-JLK**

**BUDDY BAKER, on behalf of himself and a class of similarly situated royalty owners,**

       Plaintiff,

v.

**PDC ENERGY, INC., and**
**DCP MIDSTREAM, LP,**

       Defendants.

## ORDER OF TRANSFER

Kane, J.

With the approval of Chief Judge Krieger and the concurrence of Judge Moore, this case is **TRANSFERRED** to Judge Moore as it is related to 14-cv-1033-RM.

Dated this 26th day of September, 2014.

                                BY THE COURT:

                                *s/John L. Kane*
                                John L. Kane, Senior Judge
                                United States District Court