IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02537-RM-MJW

BUDDY BAKER,
*on behalf of himself and a class of similarly situated royalty owners*,

Plaintiff,

v.

PDC ENERGY, INC., and
DCP MIDSTREAM, LP,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Unopposed Motion to Stay Deadlines and Settings (Docket No. 28) is DENIED.

Date: October 8, 2014