IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02537-RM-MJW

BUDDY BAKER,
*on behalf of himself and a class of similarly situated royalty owners*,

Plaintiff,

v.

PDC ENERGY, INC., and
DCP MIDSTREAM, LP,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Enter Stipulated Protective Order (docket no. 40) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 40-1) is APPROVED as amended in paragraph 6 and made an Order of Court.

Date: October 27, 2014